JS-6

AARON RUDIN (SBN: 223004)
GARY A. COLLIS (SBN: 191800)
GORDON & REES LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
arudin@gordonrees.com
gcollis@gordonrees.com

Attorneys for plaintiff GAMES2U, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GAMES2U, INC. (f/k/a GAMES 2 U, LLC, | CASE NO. CV 12-441-DMG (JCx) |
|---|---|
| Plaintiff, | ORDER RE DISMISSAL OF ENTIRE ACTION [55] |
| v. | |
| ROY FORTUNE, | |
| Defendant. | |

Having reviewed the parties' stipulation and for good cause shown, the Court hereby dismisses the entire action, with prejudice, and with each party bearing its own costs, disbursements and attorneys' fees.

IT IS SO ORDERED.

Dated: February 20, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

GMES/1076391/14745031

-1-
ORDER RE DISMISSAL OF ENTIRE ACTION